UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 11-CR-00062-06 |
| | * | |
| VERSUS | * | DISTRICT JUDGE HICKS |
| | * | |
| STEPHEN KINNEY (06) | * | MAGISTRATE JUDGE HORNSBY |

### ORDER

In considering the foregoing Motion to Waive Fees, the Court looks to 28 U.S.C.A. § 2250 and Thomas v. Vannoy, No. 20-298, 2021 WL 12174338 (E.D. La. July 27, 2021).

28 U.S.C.A. § 2250 provides, "If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending."

However, courts, such as the United States District Court for the Eastern District, have interpreted § 2250 to include a requirement that the petitioner "must also establish a need for the record documents he seeks to obtain for free." Id. at *1. Furthermore, "[a] petitioner is entitled to free copies of records on file in the federal proceeding only when ordered by the presiding judge and only after showing a need for and the relevance of the requested records." Id. Even if the petitioner establishes his need, "the decision to provide the petitioner with copies of documents rests within the court's sound discretion. Id.

Defendant Kinney requests free copies of the original indictment and all superseding indictments, the docket sheet, any motions to dismiss filed by any party in the case, and a transcript of the proceedings from the sentencing hearing. See Record Document 862-2 at 1. Defendant Kinney states that he is preparing a motion, and his attorney no longer has copies of theses documents. See id.; see also Record Document 862 at 1.

Defendant Kinney fails to establish with some specificity his need for copies of these documents and what motion he is planning to file. Before deciding on whether Defendant Kinney may receive these copies free of charge, he must provide reasoning as to why he needs the copies of these documents.

After providing the Court with this information, it will have full discretion to decide whether to provide copies of these documents.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant's Motion to Waive Fees is **DENIED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana on this 25th day of September, 2024.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE